[The State *ex rel.* Vest v. Cobb.]

# The State *ex. rel* Vest v. Cobb.

*Petition for Mandamus.*

1.  *Elections.*—Errors or irregularities on the part of supervisors of an election, which are not shown to have affected the result declared, will not be considered.

APPEAL from Shelby Circuit Court.

Heard before the Hon. LEROY F. BOX.

This was a petition for a mandamus, to be directed against the board of election supervisors of Shelby county, directing them to re-assemble, re-canvass and make a new declaration of the result of an election for sheriff of said county. The deficiencies of the petition being set out in the opinion, it is unnecessary to show its allegations in full. The lower court on inspection of the petition, refused to grant an alternative writ, from which action petitioner appealed.

W. S. CARY, for appellant.

R. W. COBB, *contra.*

HEAD, J.—The petition in this cause is fatally defective. It shows that according to the returns sent up from the election precincts, the relator was elected sheriff, but there is no allegation, direct or indirect, that the board of supervisors did not ascertain and declare that he was so elected. There is nothing to show what number of votes the board ascertained and declared each candidate received, nor to whom they accorded the largest vote, nor whom they declared elected. The only complaint is, that they incorrectly canvassed the returns from precinct number seven. Whether or not the error affected relator's election does not appear. So far as the petition shows, the error may have been in his favor.

Affirmed.